**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| BRUCE G. BARON, | : | No. 59 MAP 2017 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 503 MD |
| | : | 2016 dated September 21, 2017 |
| v. | : | which sustained the preliminary |
| | : | objections filed by Health Partners |
| | : | Plans, Inc. and dismissed with |
| COMMONWEALTH DEPARTMENT OF | : | prejudice the petition for review. |
| HUMAN SERVICES; AND, HEALTH | : | |
| PARTNERS PLANS, INC., | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                        **DECIDED:  September 21, 2018**

AND NOW, this 21st day of September, 2018, the order of the Commonwealth Court is **AFFIRMED**.

Appellee Health Partners' Application in the Nature of a Motion to Dismiss for Mootness is **DENIED AS MOOT**.